1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| **ALBERT CAMACHO,** | Case No. 2:18-cv-08131-JLS-JC |
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| **A. GAFFNEY et al.,** | |
| Defendants. | |

        The Court has conducted the review required by 28 U.S.C. § 636 and accepts

the findings, conclusions and recommendation of the Magistrate Judge reflected in

the November 29, 2020 Report and Recommendation of United States Magistrate

Judge.

        IT IS HEREBY ORDERED:

        1.      The parties' requests for judicial notice are denied as moot.

        2.      Defendants' Motion to Dismiss is denied.

        3.      Defendants shall file an Answer to the First Amended Complaint

                within fourteen days of the entry of this Order.

///

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order on

2   plaintiff and counsel for defendants.

3       **IT IS SO ORDERED.**

4

5   Dated:  March 22, 2021

6                                     _____

7                                     HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE