JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALBERT CAMACHO,**<br><br>Plaintiff,<br><br>v.<br><br>**A. GAFFNEY et al.,**<br><br>Defendants. | Case No. 2:18-cv-8131-JLS-JC<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))**<br><br>Judge: The Honorable Jacqueline Chooljian<br>Action Filed: 10/18/18 |

Having read and considered the stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed by Plaintiff Albert Camacho and Defendants A. Gaffney and V. Varela (collectively, "Parties), the Parties' stipulation is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The entire matter is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

///

///

///

1

2. Each party shall bear its own litigation costs and attorney's fees.

**IT IS SO ORDERED**.

Dated:  May 09, 2022

_____
Honorable Josephine L. Staton
UNITED STATES DISTRICT JUDGE

2